UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KRIKOR ARAM OHANESSIAN, et al.,<br><br>　　　　Defendants. | Case No. 19-cv-07183-SK<br><br>**ORDER TO SHOW CAUSE REGARDING FAILURE TO PROSECUTE**<br><br>Regarding Docket Nos. 5, 24 |

　　　　Plaintiff filed this action on October 31, 2019. Pursuant to the scheduling order entered on November 1, 2019 and the Order Granting the Stipulation to Extend Site Inspection Deadline, the last day for Plaintiff to file a Notice of Need for Mediation was April 10, 2020. (Dkt. Nos. 5, 24.) To date, Plaintiff has not yet done so. Accordingly, Plaintiff is HEREBY ORDERED to Show Cause in writing by no later than June 2, 2020 why this case should not be dismissed for failure to prosecute. Plaintiff is admonished that if he does not file a response by this deadline, the Court will dismiss the action without prejudice.

　　　　**IT IS SO ORDERED**.

Dated: May 21, 2020

_Sallie Kim_
_____
SALLIE KIM
United States Magistrate Judge