UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| , <br> Plaintiff(s) <br> v. <br><br> , <br> Defendant(s) | Case No. C <br><br> NOTICE OF NEED FOR MEDIATION AND CERTIFICATION OF COUNSEL <br><br> (ADA ACCESS CASES) |

The undersigned counsel certify that the parties have completed the initial disclosures required by Fed. R. Civ. P. 26(a)(1) and by General Order No. 56, paragraph 4 and that the joint site inspection required by General Order No. 56 occurred on _____. For each participant, provide name, role, and whether they attended by videoconference or, with the agreement of all parties and in compliance with governing state and local laws, in person:
   *Attached joint submission describes satisfaction of alternative agreement.*


The undersigned counsel certify that the settlement meeting required by General Order No. 56 occurred on _____. For each participant, provide name, role, and whether they attended by videoconference or, with the agreement of all parties and in compliance with governing state and local laws, in person:




The parties have not reached an agreement. In accordance with General Order No. 56, the matter should be set for mediation.

Date:                              Signed:_____
                                            Attorney for Plaintiff(s)

                                   Signed:_____
                                            Attorney for Defendant(s)

                                   Signed:_____
                                            Attorney for Defendant(s)

*Important!* E-file this form in ECF using event name: "Notice of Need for Mediation – ADA Access Cases Only"

*Form GO 56-Notice of Need for Mediation and Certification of Counsel – rev. 6-2020*