# PROOF OF SERVICE
## Whitaker v. Ohanessian
CASE #: 3:19-CV-07183-SK

I, the undersigned, am over the age of eighteen years. I am not a party to the above-entitled action; my business address is 8033 Linda Vista Road, Suite 200 San Diego, CA 92111

   On June 24, 2020 I served the following document(s):

- **Notice of Need for Mediation**

Addressed to:

> Cathy L. Arias
> Burnham Brown
> 1901 Harrison Street, Suite 1400
> P.O. Box 119
> Oakland, CA 94604

- ☐ BY MAIL: I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California.
- ☐ BY FACSIMILE: In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.
- ☐ BY OVERNITE EXPRESS: I caused such envelope with postage thereon fully prepaid to be placed in the Designated Overnite Express drop box at San Diego, California.
- ☐ BY PERSONAL SERVICE: I caused said documents to be personally served on all listed recipients via Diversified Legal Services.
- ☑ BY ELECTRONIC MAIL TRANSMISSION: via email. I caused the listed documents to be electronically filed and subsequently emailed to the recipient(s).

Executed on June 24, 2020, from San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*Akanksha Sirohi*
_____
   Akanksha Sirohi

PROOF OF SERVICE